## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
ddillon@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 3, 2022

**By ECF**

The Hon. Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

Re: United States v. Jason Kurland,
20 Cr. 306 (NGG)

Dear Judge Garaufis:

Solely in order to preserve all arguments as to the sufficiency of the evidence to convict Mr. Kurland, we hereby move pursuant to Federal Rule of Criminal Procedure 29(c) for a judgment of acquittal on all counts of which Mr. Kurland was convicted.

Mr. Kurland has no additional post-trial motions. We have conferred with the government and the parties accordingly agree there is no need for a post-trial briefing schedule unless desired by the Court.

Respectfully submitted,

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis
A. Dennis Dillon

*Counsel to Jason Kurland*

cc: Counsel of record

*[Handwritten: Defense motion for acquittal under Rule 29 is denied. So ordered.]*

s/Nicholas G. Garaufis
8/3/22